IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **CHARLES EDWARD VAN NORT,** | CIV-S-02-2406 LKK JFM P |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' SECOND REQUEST TO RESCHEDULE THE TRIAL DATE** |
| v. | |
| **A.M. RAMIREZ-PALMER, Warden, et al.,** | |
| Defendants. | |
| **GREGORY G. CAMPBELL,**   Plaintiff, | |
| v. | |
| **A.M. RAMIREZ-PALMER, Warden, et al.,** | |
| Defendants. | |

Defendants' second request to reschedule the trial date was considered by this Court and, good cause appearing,

**IT IS HEREBY ORDERED** that the trial currently scheduled for March 28, 2006, is hereby CONTINUED to April 4, 2006 at 10:30 a.m.

Dated: January 27, 2006         /s/Lawrence K. Karlton
                                **LAWRENCE K. KARLTON**
                                UNITED STATES DISTRICT JUDGE

02cv2406.conttrial.0127.wpd