IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES EDWARD VAN NORT,

    Plaintiff,                    No. CIV S-02-2406 WBS JFM P

    vs.

A.M. RAMIREZ-PALMER, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 27, 2006, plaintiff renewed his motion for a temporary restraining order.[1] Plaintiff contends he has been placed in administrative segregation for his refusal to accept a cell transfer to the second floor because he has documented medical needs and is confined to a wheelchair. Good cause appearing, IT IS HEREBY ORDERED that within fifteen days from the date of this order defendants shall file and serve a response to the above filing. Plaintiff's reply, if any, shall be filed seven days thereafter.

DATED: February 6, 2005.

UNITED STATES MAGISTRATE JUDGE

1; vann2406.trofb

---

[1] Plaintiff's March 31, 2004 motion for preliminary injunction/temporary restraining order was resolved by this court's July 1, 2004 findings and recommendations which were adopted by the district court on August 17, 2004.