IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES EDWARD VAN NORT,

    Plaintiff,                     No. CIV S-02-2406 LKK JFM P

    vs.

ANA M. RAMIREZ-PALMER, et al.,

    Defendants.

_____/

GREGORY G. CAMPBELL,

    Plaintiff,

    vs.

ANA M. RAMIREZ-PALMER, et al.,

    Defendants.

_____/

    The court is in receipt of defendants' request to substitute expert witness for trial, currently set to commence on April 4, 2006. Fed. R. Civ. P. 26(a)(2)(C) provides that "the disclosures shall be made at least 90 days before the trial date or the date the case is to be ready for trial. . . ." Trial has now been continued three times at the request of defendants' counsel. No

1  good cause being shown to warrant substitution, the request to substitute experts is DENIED.
2      IT IS SO ORDERED.
3      DATED: March 27, 2006.
4
5      /s/Lawrence K. Karlton
    LAWRENCE K. KARLTON
6      SENIOR JUDGE
    UNITED STATES DISTRICT COURT
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26