IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES EDWARD VAN NORT,

    Plaintiff,                   No. CIV S-02-2406 WBS JFM P

    vs.

A.M. RAMIREZ-PALMER, WARDEN, et al.,

    Defendants.             <u>ORDER</u>

                                /

          Plaintiff Van Nort is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff Van Nort is confined to a wheelchair and requires housing in a lower bunk next to a bathroom due to his medical needs. (<u>See</u> July 2, 2004 Findings and Recommendations, at 4.) On January 27, 2006, plaintiff filed a third motion for temporary restraining order.[1]

          Plaintiff Van Nort contends defendants have moved him to a second floor dorm in retaliation for the instant lawsuit. By order filed February 6, 2006, defendants were directed to file a response. On February 21, 2006, defendants filed their opposition to the motion and on March 2, 2006, plaintiff filed his reply.

---

    [1] Plaintiff's first motion, filed November 4, 2002, was denied on January 6, 2003. Plaintiff's second motion, filed March 31, 2004, was denied August 17, 2004.

1       This matter is set for jury trial before the Honorable Lawrence K. Karlton on Tuesday, April 4, 2006.  Given the proximity of the trial date, there is insufficient time to issue findings and recommendations on plaintiff's motion for injunctive relief.

      It is likely that plaintiff Van Nort's housing will be different during the trial in response to the writ of habeas corpus ad testificandum.  However, all parties are directed to be prepared to discuss the question of housing on the first day of trial.

      In accordance with the above, IT IS HEREBY ORDERED that all parties are directed to be prepared to discuss the question of housing on the first day of trial.

DATED: March 28, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; vann2406.mot