| | |
|---|---|
| UNITED STATES DISTRICT COURT<br><br>EASTERN DISTRICT OF CALIFORNIA | **FILED**<br>April 10, 2006<br>CLERK, US DISTRICT COURT<br>EASTERN DISTRICT OF<br>CALIFORNIA<br><br>DEPUTY CLERK |

### JUDGMENT IN A CIVIL CASE

**Van Nort, et al.,**

                v.            CASE NUMBER:  CIV S-02-2406 LKK JFM P

**Ramirez-Palmer, et al.,**


**XX** --  Jury Verdict.  This action came before the Court for trial by jury.  The issues have been tried and the jury has rendered its verdict.


    IT IS ORDERED AND ADJUDGED

        THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE
        WITH THE JURY VERDICT RENDERED April 7, 2006.

        Verdict as follows: As to Plaintiffs Charles Edward Nort and
        Gregory Campbell the jury finds in favor of All Defendants.


                                                     **JACK L. WAGNER,**
                                                     **CLERK OF COURT**

**ENTERED:   April 10, 2006**

                                                     **by:   /s/ P. Warren**
                                                     **P. Warren, Deputy Clerk**